UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11995-RGS

DAN HOWITT

v.

EASTERN HOUSING COURT, IRENE BAGDOIAN, JOSEPH KELLEHER,
EDUARDO GONZALEZ, ALEX VALDERRAME, SANDRA DELGADO and
EASTERN HOUSING COURT CLERK'S OFFICE

ORDER

November 6, 2024

STEARNS, D.J.

In response to the court's September 26, 2024 Memorandum and Order[1], plaintiff Dan Howitt filed the following redacted documents: redacted amended motion to seal case, ECF No. 14; redacted complaint and request for bench trial, ECF No. 15; and redacted motion for leave to proceed *in forma pauperis*, ECF No. 16.

The September 26, 2024 Memorandum and Order instructed plaintiff to file by October 31, 2024, a motion and memorandum of law that complies with Local Rule 7.2, demonstrating good cause, along with proposed redacted documents. The court explained that the court will review the

---

[1] Among other things, the court denied plaintiff's motion to seal case [ECF No. 2] and amended motion to seal [ECF No. 6] with leave to file a proposed redacted complaint for the public record. *See* ECF No. 12.

plaintiff's filings, the proposed redactions, and may accept, reject, or modify such proposed redactions.

Here, plaintiff has not filed with the proposed redacted documents a motion and memorandum of law that complies with Local Rule 7.2. Despite this failure, the Clerk will be directed to file the complaint in the redacted form proposed by plaintiff, *see* ECF No. 15.

Additionally, plaintiff was advised that if he wishes to proceed with this action, he must file an amended complaint, and to the extent he seeks to file it under seal, he must file a motion to seal accompanied by a redacted amended complaint for the public record.

Although plaintiff filed redacted documents, he has not filed a motion and memorandum of law demonstrating good cause. Also, plaintiff has not filed an amended complaint, and the time to do so has expired.

Based upon the foregoing, this action is DISMISSED for the reasons set forth in the September 26, 2024 Memorandum and Order, and for plaintiff's failure to file an amended complaint. The Clerk is directed to (1) file the redacted version of the complaint on the public docket and (2) enter a separate order of dismissal.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE